# JS-6

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| NICHOLAS R. LANCASTER, individually, and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR U.S.A., INC., an unknown entity and DOES 1 through 50, inclusive<br><br>Defendant. | Case No.: 8:18-cv-01195 JVS (DFMx)<br><br>**ORDER TO REMAND**<br><br>DISTRICT JUDGE: James V. Selna<br>MAGISTRATE JUDGE: Douglas F. McCormick |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Orange. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal and remand of this action.

IT IS SO ORDERED.

DATED: March 20, 2019

_____
United States District Court Judge
James V Selna

- 1 -